UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Zeinab G Daoun
Plaintiff

v.

David R Ayad
Defendant

Civil Action No 2:25-cv-13898-RMG-MGB

COMPLAINT FOR ENFORCEMENT OF AFFIDAVIT OF SUPPORT I-864

SECTION I
PARTIES

1. Plaintiff, Zeinab G. Daoun, is an adult lawful permanent resident of the United States residing in Berkeley County, South Carolina

2. Defendant, David R. Ayad, is an adult United States citizen residing in South Carolina and is the sponsor who executed Form I-864, Affidavit of Support, on behalf of the Plaintiff.

3. Venue is proper in this Court because the Plaintiff resides in this judicial district and the Defendant resides and conducts business within the District of South Carolina.

SECTION II
JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action arises under federal law, specifically the Immigration and Nationality Act, 8 U.S.C. § 1183a, which governs enforcement of Form I-864, Affidavit of Support.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the Plaintiff resides in this judicial district and the Defendant resides and conducts business within the District of South Carolina.

SECTION III
FACTUAL ALLEGATIONS

6. The Defendant executed Form I-864, Affidavit of Support, in order to sponsor the Plaintiff for lawful permanent residence in the United States.

RCVD - USDC - CHAS, SC
2025 DEC 17 AM 10:42

7. The Plaintiff became a lawful permanent resident of the United States on September 11, 2025, based on the Defendant's sponsorship and execution of Form I-864.

8. Pursuant to Form I-864 and 8 U.S.C. § 1183a, the Defendant is legally obligated to provide financial support to the Plaintiff at an income level not less than 125% of the Federal Poverty Guidelines.

9. The Defendant has failed and refused to provide the required financial support to the Plaintiff as mandated by Form I-864 and federal law.

10. As a direct result of the Defendant's failure to provide support, the Plaintiff has suffered financial hardship, including inability to meet basic living expenses and medical needs.

SECTION IV
DAMAGES AND RELIEF REQUESTED

11. As a direct and proximate result of the Defendant's breach of his obligations under Form I-864, the Plaintiff has suffered and continues to suffer financial hardship.

12. The Defendant has failed to maintain the Plaintiff at an income level of at least 125% of the Federal Poverty Guidelines, as required by federal law.

13. The Plaintiff has incurred unpaid living expenses and medical expenses due to the Defendant's failure to provide adequate financial support.

14. The Defendant's obligation under Form I-864 is a legally enforceable contract and remains in effect until terminated pursuant to federal law.

15. The Plaintiff is entitled to enforcement of the Affidavit of Support pursuant to 8 U.S.C. § 1183a and applicable federal law.

WHEREFORE, the Plaintiff respectfully requests that this Court enter judgment in her favor and grant the following relief:

A. An order enforcing the Defendant's obligations under Form I-864
B. An order requiring the Defendant to provide financial support sufficient to maintain the Plaintiff at not less than 125% of the Federal Poverty Guidelines
C. An award of damages for past support owed
D. An award of costs and any other relief the Court deems just and proper

SECTION V
NO JURY DEMAND

16. Plaintiff does not demand a trial by jury.

Respectfully submitted,

Zeinab G. Daoun
Plaintiff, Pro Se
Berkeley County, South Carolina

Date: 12-17-2025

Address: 408 Spectrum Rd
Summerville, SC 29486